## ADDISON P. COOK VS. SYLVANUS HITT.

Property that has been attached and which is exempt from execution cannot be released from such attachment, upon motion made in this Court.

*Hillsdale Circuit, Sept.* 1870.

Plaintiff commenced attachment suit against defendant and attached certain property which defendant claimed was owned and occupied by him as a homestead.

Defendant moved to have the property released, on the ground that the property was a homestaed, and filed affidavits to that effect, upon which the motion was based.

*Dickerson Keiting* for Plaintiff, cited,

*Drake on Attachments,* 417; 7 *Michigan* 507; 3 *Wisconsin* 756; 14 *Wisconsin* 576; 6 *Michigan* 468.

*J. C. Willis,* for Defendant, cited.

· *Drake on Attachment* 416; 11 *Michigan* 358; 6 *Michigan* 468.

*By the Court,* PRATT, J—

The mótion is overruled. The question is too important to be tried by affidavits. The defendant must seek relief by filing a bill to remove the cloud upon his title, or it may come up, if an attempt is ever made to get possession, by an action of ejectment.